IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 5:14-CV-320-D

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § |
| | § |
| SHANNAH LOUISE RICHTER, d/b/a | § |
| Munching Marvins, | § |
| | § |
| Defendant. | § |

## DEFAULT BY CLERK
## F.R.Civ.P.55(a)

It appearing from the record in the above-entitled action that summons and complaint have been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P.55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following named defendant(s) is hereby entered:

SHANNAH LOUISE RICHTER, d/b/a Munching Marvins,

August 5, 2015
Date

By: _Julie Richards Johnston_